**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


DANNY S. FRUCHTER,                     :     No. 588 MAL 2023
                                       :
                    Petitioner         :
                                       :
                                       :     Petition for Allowance of Appeal
                                       :     from the Order of the
        v.                             :     Commonwealth Court
                                       :
                                       :
                                       :
BOROUGH OF MALVERN,                    :
                                       :
                    Respondent         :


DANNY S. FRUCHTER,                     :     No. 589 MAL 2023
                                       :
                    Petitioner         :
                                       :
                                       :     Petition for Allowance of Appeal
                                       :     from the Order of the
        v.                             :     Commonwealth Court
                                       :
                                       :
                                       :
BOROUGH OF MALVERN,                    :
                                       :
                    Respondent         :


## ORDER


**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.